AO 247 (02/08) Order Regarding Motion for Sentence Reduction

FILED '08 JUL 16 12:16 USDC-ORP

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MARSHALL CHARLES RICHMOND | ) Case No: Cr 03-370-KI |
| | ) USM No: |
| Date of Previous Judgment: 05/12/2005 | ) Ernest Warren, Jr. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __May 12, 2005__ months **is reduced to** __168 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
  The reduced sentence is within the amended guideline range. I decline to reduce the sentence further because most of the original reduction was because of the crack/powder cocaine disparity.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __05/12/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __07/16/2008__

Effective Date: _____
(if different from order date)

Judge's signature

Garr M. King, United States District Judge
Printed name and title